**Order filed  April 13, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00141-CV

———————

**DOMINIQUE POWERS, Appellant**

**V.**

**CLEME MANOR APARTMENTS, Appellee**

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1007211**

## O R D E R

The notice of appeal in this case was filed February 9, 2012.  To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed.  *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **April 30, 2012.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM